IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO CERAME ET AL., | : | No. 3:21-cv-01502-AWT |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL BOWLER ET AL., | : | |
| *Defendants.* | : | DECEMBER 28, 2021 |

## MOTION TO DISMISS

COME NOW the Defendants and respectfully request that the Court enter an Order dismissing the Complaint for lack of jurisdiction. In support of this motion Defendants have filed a Memorandum of Law demonstrating why they are entitled to the requested relief.

WHEREFORE, Defendants request that the Court dismiss this case.

Respectfully submitted,

DEFENDANTS MICHAEL BOWLER
AND MATTHEW BERGER

WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Michael K. Skold*
Michael K. Skold (ct28407)
Emily A. Gait (ct31186)
Assistant Attorneys General
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5020 (phone)
Michael.Skold@ct.gov
Emily.Gait@ct.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/  Michael K. Skold*
Michael K. Skold
Assistant Attorney General
