IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO CERAME** and **TIMOTHY MOYNAHAN**, Plaintiffs, v. **MICHAEL P. BOWLER** and **MATTHEW G. BERGER**, Defendants. | Case No. 3:21-cv-01502-AWT |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Plaintiffs hereby file an unopposed motion pursuant to Local Rule 7(b) for a 30-day extension of time to file a response to Defendants' motion to dismiss. In support of the motion, Plaintiffs are filing the attached Memorandum of Law, which explains why the extension is necessary.

WHEREFORE, Plaintiffs request that the Court grant the motion and extend until February 17, 2022 the deadline for responding to Defendants' motion to dismiss the complaint.

Respectfully submitted,

/s/ Richard A. Samp
Richard A. Samp
  (Counsel of Record)
Margaret Little
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
202-869-5210

January 3, 2022                Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2022, I electronically filed Plaintiffs' motion for an extension of time with the Clerk of the Court for the U.S. District Court for the District of Connecticut by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/CF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Richard A. Samp
Richard A. Samp