IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIO CERAME** and **TIMOTHY MOYNAHAN**, Plaintiffs, | ) ) ) ) | |
| v. | ) ) | Case No. 3:21-cv-01502-AWT |
| **MICHAEL P. BOWLER** and **MATTHEW G. BERGER**, Defendants. | ) ) ) ) ) | |

## MEMORANDUM OF LAW IN SUPPORT OF
## UNOPPOSED MOTION FOR EXTENSION OF TIME

On December 28, 2021, Defendants filed a lengthy motion to dismiss this case for lack of subject matter jurisdiction. Plaintiffs have filed this motion for a 30-day extension (from January 18 to February 17, 2022) of the deadline for responding to the motion to dismiss. In support of the motion for an extension, counsel for Plaintiffs has inquired of all non-moving parties and there is no objection to the motion. In further support of the motion, Plaintiffs state:

1. Local Rule 7(a)(2) states that, unless otherwise ordered by the Court, all opposition briefs must be filed within 21 days of the filing of the motion. Accordingly, Plaintiffs' opposition brief is currently due on January 18, 2022.

2. Due to the extremely heavy current workload of Richard Samp, lead counsel for Plaintiffs, it would be extremely difficult for counsel to complete other legal work due to be filed in January and still have time to research and draft an adequate response to Defendants' motion to dismiss by the current January 18, 2022 deadline.

3. Mr. Samp is currently preparing for an oral argument in the U.S. Court of Appeals for the Second Circuit on January 18.

4. Mr. Samp is also scheduled to file a certiorari petition in the U.S. Supreme Court in early January; a petition for rehearing *en banc* in the U.S. Court of Appeals for the Fifth Circuit on January 20; and a complaint in U.S. District Court for the Middle District of Florida by January 26.

5. If a 30-day extension of the filing deadline were granted, Plaintiffs' opposition brief would be due on February 17, 2022. A 30-day extension would provide Plaintiffs an opportunity to adequately respond to the motion to dismiss and its accompanying 35-page Memorandum of Law.

6. Counsel for Plaintiffs contacted counsel for Defendants on December 29, 2021. Counsel for Defendants stated that his clients consented to this motion.

Plaintiffs respectfully request that the Court grant their motion and extend for 30 days (to February 17, 2022) the deadline for responding to the motion to dismiss.

                                        Respectfully submitted,

                                        /s/ Richard A. Samp
                                        Richard A. Samp
                                          (Counsel of Record)
                                        Margaret Little
                                        New Civil Liberties Alliance
                                        1225 19th Street NW, Suite 450
                                        Washington, DC 20036
                                        202-869-5210

January 3, 2022                          Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2022, I electronically filed a copy of the foregoing with the Clerk of the Court for the U.S. District Court for the District of Connecticut by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/CF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Richard A. Samp
Richard A. Samp