**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MARIO CERAME** and **TIMOTHY MOYNAHAN,**<br>    Plaintiffs,<br><br>v.<br><br>**MICHAEL P. BOWLER** and **MATTHEW G. BERGER**,<br>    Defendants. | Case No. 3:21-cv-01502-AWT |

**[PROPOSED] ORDER**

Plaintiffs having filed a motion for a 30-day extension of time to respond to Defendants' motion to dismiss the complaint; and Defendants having consented to the motion; NOW, THEREFORE, it is hereby

ORDERED that Plaintiffs' motion for an extension of time is GRANTED; Plaintiffs shall file their response to the motion to dismiss on or before February 17, 2022.

DATE: January ___, 2022                              _____
                                                     United States District Judge