IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO CERAME ET AL., | : | No. 3:21-cv-01502-AWT |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL BOWLER ET AL., | : | |
| *Defendants*. | : | MAY 19, 2022 |

## SUPPLEMENTAL RULE 26(f) REPORT REGARDING DISCOVERY

The parties are filing this supplemental Rule 26(f) Report in accordance with the Court's February 18, 2022, order approving the parties' initial Rule 26(f) Report.

In the parties' February 8, 2022 Rule 26(f) Report, the parties agreed, in light of Defendants' pending motion to dismiss, that discovery should be stayed in the short term. The parties proposed that discovery be stayed until the Court issues a ruling on the motion to dismiss or May 1, 2022, whichever comes first. The parties further proposed that if the motion remained pending as of May 1, 2022, they would meet to discuss discovery and file a report with the Court to "present their views on whether discovery should proceed." The Court approved the Rule 26(f) Report on February 18, 2022.

In accordance with the Rule 26(f) Report, counsel for the parties met on May 9, 2022, but could not reach an agreement about whether discovery can or should proceed. As reflected in the parties Rule 26(f) Report, Defendants' position is that discovery cannot proceed until after their Eleventh Amendment and standing defenses have been conclusively resolved. By contrast, Plaintiffs' position is that

1

the pendency of those jurisdictional defenses does not preclude discovery, including initial disclosures under Rule 26(a).

Nevertheless, despite their disagreement on this issue, the parties have agreed that they will delay bringing their discovery dispute before the Court until at least August 1, 2022, given that their dispute may become moot if the Court rules on the pending motion to dismiss before that date. If the Court does not rule on the motion to dismiss by August 1, 2022, the parties will at that time reassess whether and how to resolve this discovery dispute.

Dated: May 19, 2022

        Respectfully submitted,

        PLAINTIFFS MARIO CERAME
        AND TIMOTHY MOYNAHAN

        NEW CIVIL LIBERTIES ALLIANCE

BY: /s/ *Richard A. Samp*
     Richard A. Samp (pro hac vice)
     Margaret A. Little (ct303494)
     New Civil Liberties Alliance
     1225 19th Street, NW, Suite 450
     Washington, DC 20036
     PH: 202-869-5210
     Rich.Samp@ncla.legal
     Peggy.Little@ncla.legal


        DEFENDANTS
        MICHAEL BOWLER AND
        MATTHEW BERGER

        WILLIAM TONG
        ATTORNEY GENERAL

                                                                                           <u>BY: /s/ *Michael K. Skold*</u>
                                                                                                 Michael K. Skold (ct28407)
                                                                                                 Emily A. Gait (ct31186)
                                                                                                 Assistant Attorney General
                                                                                                 Office of the Attorney General
                                                                                                 165 Capitol Ave, 5th Flr
                                                                                                 Hartford, CT 06106
                                                                                                 PH: 860-808-5020
                                                                                                 Fax: 860-808-5347
                                                                                                 Michael.Skold@ct.gov
                                                                                                 Emily.Gait@ct.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Richard A. Samp*
                                                Richard A. Samp
                                                Counsel for Plaintiffs