IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO CERAME** and **TIMOTHY MOYNAHAN,**<br>Plaintiffs,<br><br>v.<br><br>**MICHAEL P. BOWLER** and **MATTHEW G. BERGER**,<br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:21-cv-01502-AWT<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Mario Cerame and Timothy Moynahan hereby appeal to the United States Court of Appeals for the Second Circuit from the district court's August 29, 2022 order granting Defendants' motion to dismiss and ordering that the case be closed; and the district court's August 30, 2022 entry of judgment for Defendants. On September 7, 2022, Plaintiffs filed a motion for relief from judgment under Fed.R.Civ.P. 60(b). The Court has not yet ruled on that motion.

Respectfully submitted,

/s/ Richard A. Samp
Richard A. Samp
 (Counsel of Record)
Margaret A. Little
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
202-869-5210

December 8, 2022                                   Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2022, I electronically filed Plaintiffs' Notice of Appeal with the Clerk of the Court for the U.S. District Court for the District of Connecticut by using the CM/ECF system.  I certify that all participants in the case are registered CM/CF users and that service will be accomplished by the CM/ECF system.


    /s/ Richard A. Samp
    Richard A. Samp