**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MARIO CERAME** and **TIMOTHY C. MOYNAHAN** Plaintiffs, | ) | |
| v. | ) | **Case No. 3:21-cv-01502-OAW** |
| **CHRISTOPHER SLACK,** in his official capacity as Connecticut Statewide Bar Counsel; and **MATTHEW G. BERGER**, in his official capacity as Chair of the Statewide Grievance Committee, Defendants. | ) | **October 19, 2026** |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Plaintiffs Mario Cerame and Timothy C. Moynahan (collectively "Plaintiffs") respectfully request a telephonic status conference.

This matter has been before this Court for nearly five years, as Plaintiffs filed their complaint in November of 2021. In November of 2022, this Court (Thompson, J.) granted Defendants' first motion to dismiss. ECF No. 28. The Second Circuit overruled this Court's dismissal of Plaintiffs' suit, vacated the judgment, and remanded the case in December of 2024. ECF No. 40. Defendants subsequently filed a second motion to dismiss, ECF No. 45, which has been fully briefed and pending before this Court for over a year. *See* ECF No. 45, 49, 51. This Court also stayed discovery in July of 2025, over Plaintiffs' objection, pending its resolution of Defendants' second motion to dismiss. As a result of these events, Plaintiffs are no closer to relief than they were when they filed suit in 2021.

For this reason, Plaintiffs respectfully request a status conference to discuss this matter's progression and the pending motion to dismiss, and to set a schedule for discovery and summary

judgment briefing if not precluded by this Court's ruling on Defendants' motion to dismiss. Plaintiffs have conferred with Defendants concerning this motion, and **Defendants take no position** on this motion.

**CONCLUSION**

Plaintiffs request that the Court schedule a status conference as soon as practicable for the Court.

Respectfully submitted,

/s/ Margaret A. Little
Margaret A. Little, CT Bar No. 303494
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
202-869-5210
Peggy.Little@ncla.legal

October 19, 2026

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Margaret A. Little
Margaret A. Little